JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 12-09709-RGK (Ex)** | Date | November 21, 2012 |
|---|---|---|---|
| Title | *ANTHONY DE STEFANIS v. AXA DISTRIBUTION HOLDING CORP. et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER REMANDING CIVIL ACTION TO SUPERIOR COURT**

    On November 13, 2012, AXA Distribution Holdings Corporation ("Defendant") removed this action from the Los Angeles County Superior Court on the basis of diversity jurisdiction, pursuant to 28 U.S.C. § 1332. For the following reasons, the Court remands this action to state court.

    The Notice of Removal of a civil action must be filed within 30 days after receipt of initial pleadings upon defendant of a state pleading alleging a removable claim. 28 U.S.C. § 1446(b)(1). Here, the Defendant received the Complaint on September 4, 2012. However, the Notice of Removal was filed on November 13, 2012, 40 days after the expiration of the removal period. Although Defendant successfully alleged the substantive elements of diversity jurisdiction, removal is untimely and therefore improper.

    For the foregoing reasons, the above-entitled case is ordered **REMANDED** to the Superior Court for all further proceedings.

    **IT IS SO ORDERED.**

                                                                                                :

Initials of Preparer